BETSY R. ARON, Respondent, *v.* HAROLD G. ARON, Appellant.

Argued April 3, 1939; decided April 11, 1939.

*Harold G. Aron,* in person, and *Irving Albert* for appellant.

*Ralph Montgomery Arkush, Ludlow S. Fowler, George Mehlman* and *Ambrose E. Chambers* for respondent. It was not improper for the justice at Special Term to confirm the report of the official referee without examining the minutes, testimony and exhibits before said referee. (*Major* v. *Leary,* 241 App. Div. 606; *Payn* v. *Stokes,* 62 App. Div. 624; *Esterly* v. *Cole,* 3 N. Y. 502; *Sweet* v. *Henry,* 175 N. Y. 268; *Mackenzie* v. *Marine Midland Trust Co.,* 243 App. Div. 563.)

*Per Curiam.* It appears conclusively from the recitals of the resettled order that the testimony taken before the

referee was not before the justice at Special Term. Where confirmation is opposed of the report of a referee rendered in a proceeding to punish for contempt the court is not justified in confirming the report and making an order to punish for contempt without consideration of the testimony in some form or agreement by the parties as to its substance sufficient to permit the court to pass upon a challenge made to the sufficiency of the evidence. (Cf. rule 170 of the Rules of Civil Practice.)

The orders should be reversed, without costs, and the matter remitted to the Special Term. The certified question is answered in the negative.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN. FINCH and RIPPEY, JJ., concur.

Ordered accordingly.